United States of America

VS.

Manijeh Meenoo Saba

Civil/Criminal No. 19 MJ 07-02

| | | |
|---|---|---|
| Government | ✓ | |
| Plaintiff | ☐ | |
| Defendant | ☐ | |
| Joint | ☐ | |
| Court | ☐ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Video of demonstration on U.S. Supreme Court Plaza | Stipulation | 3/27/19 | — | |
| 2A | Photograph of demonstrators including Defendant Saba | " | 3/27/19 | | |
| 2B | Upclose photograph of demonstrators including Defendant Saba | " | 3/27/19 | | |
| 2C | Photograph of arrest of Defendant Saba | " | 3/27/19 | | |
| 2D | Photograph of processing of Defendant Saba | " | 3/27/19 | | |
| 2E | Photograph of processing of Defendant Saba's belongings | " | 3/27/19 | | |
| 2F | Photograph of processing of Defendant Saba's personal identifying items | " | 3/27/19 | | |