AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

AND BANKRUPTCY COURTS FOR THE ___ DISTRICT OF ___ COLUMBIA

UNITED STATES OF AMERICA

V.

MANIJEH MEENOO SABA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 19-007M



**FILED**

MAR 27 2019

Clerk, U.S. District and
Bankruptcy Courts

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Deborah A. Robinson            Magistrate Judge
Name of Judge                  Title of Judge

March 27, 2019
Date